UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 13 A 11:04

UNITED STATES OF AMERICA     :

v.                           :   CRIMINAL NO. 3:02CR213 (CFD)

PHILLIP STEWART              :   January 13, 2004

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Raymond F. Miller, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Tuesday, January 20, 2004, at 2:00 P.M., there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. Phillip Stewart, Criminal No. 3:02CR213(CFD).

2. That the above-named defendant, PHILLIP STEWART, Inmate #213113; DOB: 7/10/73 is charged with violation of Title 21, United States Code, Section 841(a)(1).

3. That the said PHILLIP STEWART is now confined at the Hartford Correctional Center, Weston Street, Hartford, Connecticut.

That the said PHILLIP STEWART should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden,

Hartford Correctional Center, Weston Street, Hartford, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said PHILLIP STEWART at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                        UNITED STATES OF AMERICA

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

                        RAYMOND F. MILLER
                        ASSISTANT UNITED STATES ATTORNEY
                        Federal Bar No. ct20451
                        450 Main Street, Room 328
                        Hartford, CT 06103
                        Tel. (860) 947-1101

STATE OF CONNECTICUT  :
                      : ss. Hartford, CT  1/13/04
COUNTY OF HARTFORD    :

Personally appeared before me Raymond F. Miller, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
LOIS ZABEL
Notary Public
My Commission expires  1/31/04

I hereby certify that the foregoing is a true copy of the original document on file    Date: 1-13-04

TIN F. RO...
CLERK

By ___B. Sunbury___
        Deputy Clerk