DEPUTY CLERK _Dew_    HONORABLE _Droney_
USPO _K. Lopez_    RPTR/ERO/TAPE _Marshall_    INTERPRETER _____

TOTAL TIME: ___ hours ___ minutes

DATE _1-20-04_    START TIME _2:20_    END TIME _2:25_

## COURTROOM MINUTES (check one box):

- [ ] kip. INITIAL APPEARANCE
- [x] kbndhrg. BOND HRG _violation_
- [ ] kincamhrg. IN-CAMERA HRG
- [ ] khrg. OTHER _____
- [ ] karr. ARRAIGNMENT
- [ ] kdtnhrg. DETENTION HEARING
- [ ] kpchrg. PROBABLE CAUSE HRG
- [ ] kstatcnf. STATUS CONFERENCE
- [ ] kcp. CHANGE OF PLEA
- [ ] krmvhrg. REMOVAL HEARING (Rule 40)
- [ ] kanchrg. ANCILLARY HEARING

CR _02CR 213 (CFD)_    DEFT # _____

UNITED STATES OF AMERICA
vs
_Philip Stewart_

_Miller_, AUSA
kgaddatty.
_Levy_
Counsel for Defendant / Ret - (R), CJA - (C), PDA - (P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] (kars) Arrest date (CT case): _____ ; or [ ] (karsr40.) Rule 40 arrest, ___ Dist of _____
- [ ] kfinaff. CJA 23 Financial Affidavit filed [ ] under seal
- [ ] koapptpd. Order appointing Federal Public Defender's Office filed
- [ ] kdaddatty. Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [ ] kdattyapr. Appearance of _____ filed
- [ ] (kcmp.) Complaint filed [ ] (kslcmp.) Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] (kinfomisd.) Information/Misdeameanor filed [ ] (slinfo.) Sealed Information filed
- [ ] (kwvindi.) Waiver of Indictment (case opening) filed [ ] (kinfofel.) Felony Information filed
- [ ] (kwvindimid.) Waiver of Indictment (mid case) filed [ ] (kinfosps.) Superseding Information filed
- [ ] kplag. Plea Agreement Letter filed [ ] Special Assessment of $50.00/$25.00 to be paid immediately
- [ ] kpl. Counts _____ of the _____ (indictment, superseding indictment, information, etc.)
- Plea of [ ] (ngpl.) not guilty [ ] (gpl.) guilty [ ] (nolopl.) nolo contendere
- [ ] kpetgpl. Petition to Enter Guilty Plea filed
- [ ] Deft motions due _____ ; Govt. responses due _____
- [ ] Scheduling Order [ ] (kschedo.) filed [ ] to be filed [ ] (ksenschedo.) Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [ ] kjysel. Jury Selection set for _____ at _____
- [ ] Remaining count(s) to be dismissed at sentencing
- [ ] ksen. Sentencing set for _____ at _____
- [ ] kgm/ptdet. Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] kodtn. Order of Detention filed
- [ ] Deft ordered removed to originating District of _____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] (kodtn.) filed [ ] to be filed
- [ ] kwvr40hrg. Waiver of Rule 40 Hearing filed
- [ ] kgm/wvtenntc. Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- [x] Bond [x] revoked [ ] reinstated [ ] continued [ ] modified
- [x] Defendant detained
- [ ] Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] Attorney Flag Form Attached    [ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings