Criminal No. 3:02CR213(CFD)
THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, HARTFORD CORRECTIONAL CENTER, WESTON STREET, HARTFORD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of PHILLIP STEWART (Inmate #212113, DOB: 7/10/73) now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said PHILLIP STEWART before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Tuesday, January 20, 2004 at 2:00 p.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said PHILLIP STEWART for violation of Title 21, United States Code, Section 841(a)(1), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said PHILLIP STEWART to the Warden, Hartford Correctional Center, Weston Street, Hartford, Connecticut under safe and secure conduct.

The foregoing Writ is hereby allowed. Dated at Hartford, Connecticut, this 13th day of January, 2004.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

KEVIN F. ROWE
CLERK, U. S. DISTRICT COURT

DEPUTY CLERK