UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2005 FEB 16  A 11: 03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:02CR213(CFD) |
| VS. | : | |
| PHILLIP STEWART | : | FEBRUARY 15, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, defendant PHILLIP STEWART, by and through his undersigned counsel, hereby requests an enlargement of time in which to file objections to the revised Presentence Report, for the following reasons:

1) On May 19, 2003, the Defendant entered a guilty plea before the Honorable Christopher F. Droney.

2) The initial Presentence Report was disclosed on August 5, 2003.

3) On August 14, 2003, the Defendant filed his Objections to the PSR.

4) On February 7, 2005, counsel for the Defendant received a wholly unexpected revised Presentence Report written by a probation officer who had never met with the Defendant nor discussed the case with undersigned counsel.

5) Undersigned Counsel mailed the revised PSR to the Defendant at the

Wyatt Detention Center in Central Falls Rhode Island where he has been housed for the past 14 months.

6) On February 14, 2005, counsel received notice that she is ordered to be on trial starting February 15, 2005, in the Judicial District of Hartford in a robbery case, <u>State of Connecticut v. Dan Moore</u>, Docket No. CR02-725604, which is anticipated to last three (3) to four (4) weeks.

7) On February 14, 2005, counsel received a telephone call from the Defendant regarding the revised PSR.

8) It is clear from the telephone conversation, that the Defendant and his counsel will need to meet in person to review the revised PSR and draft objections to the revised PSR.

9) Pursuant to USDC Local Rule 9(b)(2), undersigned counsel spoke with AUSA Michael Gustafson to determine whether the government agrees with or objects to this motion; Mr. Gustafson has no objection to this motion.

10) This is the Defendant's first motion for extension of time for filing objections to the revised Presentence Report.

WHEREFORE, the Defendant respectfully requests an enlargement of time until March 21, 2005, for filing objections to the revised Presentence Report.

DEFENDANT,
PHILLIP STEWART

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT  06106-8001
(860) 297-6551