UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | SEALED |
| v. | : | 3: 02CR213  (CFD) |
| | : | |
| PHILLIP STEWART | : | |

### ORDER ON SENTENCING

It is hereby ORDERED that the sentencing of the defendant, now scheduled for March 9, 2005, is postponed. The parties will be notified of the new sentencing date.

SO ORDERED this 25th day of February 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

FILED 2005 FEB 25 P 3: 24 U.S. DISTRICT COURT HARTFORD, CT.

1