UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



UNITED STATES OF AMERICA        :        CR. NO. 3:02CR213(CFD)

VS.                             :

PHILLIP STEWART                 :        MARCH 18, 2005

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, defendant PHILLIP STEWART, by and through his undersigned counsel, hereby requests an enlargement of time of sixty (60) days in which to file objections to the revised Presentence Report and for sentencing, for the following reasons:

1) On May 19, 2003, the Defendant entered a guilty plea before the Honorable Christopher F. Droney.

2) The initial Presentence Report was disclosed on August 5, 2003.

3) On August 14, 2003, the Defendant filed his Objections to the PSR.

4) On February 7, 2005, counsel for the Defendant received a revised Presentence Report written by a probation officer who had never met with the Defendant nor discussed the case with undersigned counsel.

5) Undersigned counsel was on trial in the Judicial District of Hartford in a robbery case, <u>State of Connecticut v. Dan Moore</u>, Docket No. CR02-725604, from February 15, 2005, until March 8, 2005.

6) On March 17, 2005, undersigned counsel met with the Defendant at the Wyatt Detention Center in Central Falls, Rhode Island, to review the revised PSR.

7) Issues raised by the recently decided cases of <u>United States v. Shepard</u>, <u>United States v. Booker</u>, <u>United States v. Fanfan</u>, and <u>United States v. Brisbane</u>, relating to the United States Sentencing Guidelines and the differential sentencing for cocaine base, crack, and powder cocaine, will require additional research by counsel and preparation of a Sentencing Memorandum.

8) Pursuant to USDC Local Rule 9(b)(2), undersigned counsel spoke with AUSA Michael Gustafson on March 16, 2005, to determine whether the government agrees with or objects to this motion; Mr. Gustafson, who is scheduled to be on trial before the Honorable Peter C. Dorsey all of next week, has no objection to an enlargement of time.

9) This is the Defendant's second motion for extension of time for filing objections to the revised Presentence Report and for sentencing.

WHEREFORE, the Defendant respectfully requests an enlargement of time of sixty (60) days for filing objections to the revised Presentence Report and for sentencing.

DEFENDANT,
PHILLIP STEWART

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT 06106-8001
(860) 297-6551

## C E R T I F I C A T I O N

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

AUSA Michael J. Gustafson
157 Church Street - 23d floor
New Haven, CT 06510

United State Probation Officer Ray Lopez
United States District Court
915 Lafayette Boulevard – Room 211
Bridgeport, CT 06604

Phillip Stewart – No. 14999-014
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

*Margaret P. Levy*
MARGARET P. LEVY