UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : SEALED |
| v. | : 3: 02CR213 (CFD) |
| | : |
| PHILLIP STEWART | : |

## ORDER ON SENTENCING

It is hereby ORDERED that the sentencing of the defendant, now scheduled for March 23, 2005, is postponed. The parties will be notified of the new sentencing date.

SO ORDERED this 22nd day of March 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1