The Court considers this letter to be a motion for replacement of defense counsel. A hearing on the defendant's motion will be held at 3:00 p.m. on December 19, 2005. The defendant and Attorney Margaret Levy shall appear. So Ordered.

The clerk is ordered to docket this letter under seal.

Christopher F. Droney
United States District Judge
11/10/05

10-14-05

Hon. Christopher F. Droney
United States District Court
450 Main St
Hartford Ct.

AUSA Michael Gustafason
157 Church St. - 23d. floor
New Haven, Ct 06510

Probation Officer Raymond Lopez
United States District Court
915 Lafayette Boulevard

Phillip Stewart
FDC.-Wyatt, 950 High St.
Central Falls R.I. 02863
Docket No. 3:02CR00213 (CFD)
US. Marshal No. 14999-014
FBI No. 315817 WA1

Defense Council
Margaret P. Levy (Appointed)
21 Oak St., Suite-201
Hartford Ct. 06106-8001
(860) 525-9119

Phillip Stewart    10-11-05
US. marshal NO.
#14999-014
FDC-wyatt
950 high St.
Central falls RI 02863

Att. Clerk of Court
For. Hon. Christopher F. Droney
450 main St., United States District Court
Hartford Ct, 06103

In this letter, I'm asking for the procedures, of how the Honorable Court can call me in for change of defense Council? (Appointed) Or procedural process to send to me, along with my history of events.

Brief Reasons (in short)

I believe Council is, not out for my best interest. I've only seen Council twice since my incarceration. Went months without hearing anything. I asked for motions to be filed in my behalf, they were not, Council refused! most calls to Council were unexcepted, when did get through asked about cases (law) She (Attorney) got upset asked how did I get knowledge of cases. Even hung up the phone on me. Phone calls here @ FDC-wyatt are recorded.

10-14-05

I even wrote the Honorable Judge Christopher F. Droney several months prior about my needs not being met. (Constitutional) Council even Filed for sixty day continuence back in mach 2005, Motions to be filed other posible Arguments. Still nothing done! I've been patient, I've waited, I now realize It's Conflict of Interest, I Can't take her advice. I don't know what to do I feel like I'm being Sold out!

I mean no disrespect to the Court, by writing this letter, I have no other options, I Can't afford to hire a private attorney. I'm, requesting a lawyer from a Completely different firm. Thank you for any time and Consideration you may put into this matter.

Respectfully

Phil Stewart
U.S. # 14999-014
950 high St
Central falls R.I.
02863