**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02CR213(CFD) |
| | : | |
| V. | : | |
| | : | |
| PHILLIP STEWART | : | JANUARY 31, 2006 |

# APPEARANCE

*To the Clerk of this court and all parties of record:*

    Enter my appearance as C.J.A. counsel in this case for:

**PHILLIP STEWART**

Date: <u>January 31, 2005</u>　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Jon L. Schoenhorn
　　　　　　　　　　　　　　　　　　　　　　　Schoenhorn & Associates
　　　　　　　　　　　　　　　　　　　　　　　108 Oak Street, Hartford, CT 06106
　　　　　　　　　　　　　　　　　　　　　　　Tel. (860) 278-3500
　　　　　　　　　　　　　　　　　　　　　　　Fed. Bar No. CT00119
　　　　　　　　　　　　　　　　　　　　　　　His Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2006, a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Assistant United States Attorney
450 Main Street
Hartford, CT 06103

                                                      Jon L. Schoenhorn, Esq.