48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 3:02CR213 (CFD) |
| VS. | : |
| PHILLIP STEWART | : MAY 31, 2006 |

## MOTION TO CONTINUE SENTENCING HEARING

Pursuant to Federal Rules of Criminal Procedure 32(i)(1), the defendant, PHILLIP STEWART, requests a two (2) week continuance of the sentencing hearing currently scheduled for June 1, 2006. In support of the motion, the defendant submits the following:

1. The undersigned is unable to complete the required sentencing memorandum by June 1, 2006.

2. The government does not oppose this motion.

THE DEFENDANT, PHILLIP STEWART

BY: _____
JON L. SCHOENHORN
Jon L. Schoenhorn & Associates, LLC
108 Oak Street
Hartford, CT 06106
(860) 278-3500
Fed. Bar #ct00119

*Granted. So ordered.*
*7/31/06*

## CERTIFICATION

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Jon L. Schoenhorn

F:\SHARED\CLIENTS\Stewart\M. Cont