UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE: SEALED CASE          :    Crim.No. 3:02CR213(CFD)
                            :
                            :    July 11, 2006

**MOTION TO UNSEAL**

The Government hereby moves the Court to unseal the above-referenced criminal matter, which was resolved on July 10, 2006, when the Court imposed a sentence.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    MICHAEL J. GUSTAFSON
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CT 06510
    Federal Bar No. ct01503

**ORDER**

The Government's Motion to Unseal is hereby GRANTED/DENIED.

_____
    HON. CHRISTOPHER F. DRONEY
    UNITED STATES DISTRICT JUDGE

    Date:

**CERTIFICATION OF SERVICE**

    This is to certify that the within and foregoing has been mailed, postage prepaid, on this 11TH day of July, 2006, to:

Jon Schoenhorn, Esq.
Schoenhorn & Associates, LLC
Attorneys at Law
108 Oak Street
Hartford, CT 06106

                                          MICHAEL J. GUSTAFSON
                                          ASSISTANT UNITED STATES ATTORNEY