UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE: SEALED CASE  :  Crim. No. 3:02CR213(CFD)

:

:  July 11, 2006

## MOTION TO UNSEAL

The Government hereby moves the Court to unseal the above-referenced criminal matter, which was resolved on July 10, 2006, when the Court imposed a sentence.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Michael D. Gustafson*
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
Federal Bar No. ct01503

## ORDER

The Government's Motion to Unseal is hereby **GRANTED**/DENIED.

_____
HON. CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Date: 7/18/06