# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

District of __Connecticut__

United States of America
-v-
~~Xxx~~ Phillip Stewart

Docket Number __3:02-CR-00213(CFD)__

__Christopher F. Droney__
(District Court Judge)

Notice is hereby given that __Phillip Stewart__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ x ]; order [   ]; other [   ]; _____
(specify)

entered in this action on __July 10, 2006__.
(date)

Offense occurred after November 1, 1987     Yes [ X ]     No [   ]

The appeal concerns.    conviction only [   ] ;    sentence only [ X ] ;    conviction and sentence [   ].

Date __7/17/06__

TO: Michael J. Gustafson
157 Church St., 2nd Fl.
New Haven, CT 06510

(Counsel for Appellant)
Address __Jon L. Schoenhorn__
Schoenhorn & Associates, LLC
108 Oak Street, Hartford, CT 06106

Telephone Number (860) 278-3500

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [x] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[x] Sentence<br>[ ] Post-trial proceedings | Dates<br><br><br><br>7/10/06 - Sentencing hearing |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment [ ] Funds [X] CJA Form 24

ATTORNEY'S signature _____    DATE 7/17/06

▶ COURT REPORTER ACKNOWLEDGEMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL