UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER: 3:02-CR213 (CFD) |
| | : | |
| V. | : | |
| | : | |
| PHILLIP STEWART | : | SEPTEMBER 21, 2006 |

**DESIGNATED RECORD ON APPEAL**

**VOLUME I**            **DOCUMENT NO.**

| | |
|---|---|
| Cert. copy of docket entries | A |
| Sealed Indictment | 1. |
| Change of Plea as to Phillip Stewart, Plea entered by Philip Stewart | 18. |
| Plea Agreement Letter as to Phillip Stewart | 19. |
| Objection by Phillip Stewart to Pre-sentence Investigation Report | 24. |
| Order on Sentencing as to Phillip Stewart | 35. |
| CJA 20 as to Phillip Stewart Appointment of Attorney Jon L. Schoenhorn | 41. |
| Attorney Appearance: Jon L. Schoenhorn appearing for Phillip Stewart | 42. |
| Sentencing Memorandum by USA as to Phillip Stewart | 50. |
| Sentencing Memorandum by Phillip Stewart | 52. |
| Minute Entry for proceedings held before Judge Christopher F. Droney: Sentencing as to Phillip Stewart held on 7/10/2006 | 53. |
| Notice of Appeal by Phillip Stewart re: Judgment | 57. |
| Judgment as to Phillip Stewart, Counts 1 | 56. |
| USCA Scheduling Order as to Phillip Stewart re: Notice of Appeal | 58. |

## **CERTIFICATION**

  I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Michael Gustafson
Assistant United States Attorney
450 Main Street
Hartford, CT 06103

                      Jon L. Schoenhorn, Esq.